■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME WILSON, Appellant, v MELVIN WILLIAMS, as Superintendent of

Wyoming Correctional Facility, et al., Respondents. [643 NYS2d 440] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Pine, J P., Fallon, Callahan, Doerr and Davis, JJ.